# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| NANA Services, LLC | ) | ASBCA No. 59447 |
| | ) | |
| Under Contract No. SP3100-06-C-0016 | ) | |

APPEARANCE FOR THE APPELLANT:    Steven Steinberg, Esq.
    Senior Corporate Counsel

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
    DLA Chief Trial Attorney
Timothy J. Ryan, Esq.
Janet R. Wise, Esq.
    Associate General Counsel
    DLA Distribution
    New Cumberland, PA

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 9 September 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59447, Appeal of NANA Services, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals